# Order

Michigan Supreme Court
Lansing, Michigan

October 31, 2006

131672

PEOPLE OF THE STATE OF MICHIGAN,
Plaintiff-Appellee,

v

GARY LEE ELLIS,
Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131672
COA: 269853
Clinton CC: 04-007660-FC

On order of the Court, the application for leave to appeal the June 9, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2006

_____
Clerk

s1023